

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE | | No. 08-15-00012-CV |
| | § | |
| MARK BROWN, | | ORIGINAL PROCEEDING |
| | § | |
| RELATOR. | | ON PETITION FOR WRIT OF |
| | § | |
| | | MANDAMUS |
| | § | |

## MEMORANDUM OPINION

Relator, Mark Brown, has filed a petition for writ of mandamus against the Honorable Roy Ferguson, Judge of the 394th District Court of Culberson County, Texas, requesting that we direct Respondent to withdraw an order granting a motion to compel discovery. We previously granted Relator's motion to stay the discovery order pending our review of the mandamus petition. The petition for writ of mandamus is denied.

To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id.* at 136. Based on the record before us, we conclude that Relator has failed to establish he is entitled to mandamus relief. Accordingly, we

lift the stay and deny mandamus relief.

January 28, 2015

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.